Continued Please add

① PA Dept of Transportation
1101 S. Front St
Harrisburg PA
17104

FILED
2025 DEC -5  A 9:30
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

② Greensburg Court Traffic
40 North Pennslyvania
Greensburg PA 15601

③ Cheswick Court Traffic
721 Gulf lab Rd
Cheswick PA 15024

④ ~~Progre~~ AAA Insurance Co
Monroeville PA 15146

Hudec, Gina
Case # 25-23208

232 Carmela
PQH PA 15219

BK Court
US Steel Tower
600 Grant St #5414
Pgh PA 15219

Case
25-23208

PITTSBURGH PA 150
2 DEC 2025 PM 6 L

15219-270299

232
PQHPA 15...
Case
25-23208

PITTSBURGH PA 150

2 DEC 2025  PM 6  L



BK Court
US Steel Tower
600 Grant St #5414
Pgh PA 15219

15219-270299