FILED
2025 DEC -5 A 9: 23
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Certificate Number: 12459-PAW-CC-040342946



12459-PAW-CC-040342946

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 23, 2025</u>, at <u>12:21</u> o'clock <u>PM PST</u>, <u>Gina Hudec</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 23, 2025</u>    By:    <u>/s/Lorena De La Garza</u>

Name:  <u>Lorena De La Garza</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

232

PGH PA 152

PITTSBURGH PA 150
2 DEC 2025  PM 6  L

BK Court
US Steel Tower
600 Grant St #5414
Pgh PA 15219

Case
25-23-208

15219-270299