**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gina Marie Hudec aka Gina Marie Vaccarello | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-23208 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
05 Dec 2025, 12:16:46, EST

Denise Carlon, Esq. (317226)  ☐
Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 403ae3248070cd4fb1f80cc29a48525d362bc854b798d89b8e897fa7b3e30b97