**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 25-23208 CMB |
| Gina Marie Hudec, | : | |
| | : | |
| *Debtor.* | : | Chapter 13 |
| | : | |

**FILING FEE INSTALLMENT PAYMENT APPROVAL ORDER**

The Debtor has filed an *Application for Individuals to Pay the Filing Fee in Installments* ("Application"). The filing fee in chapter 13 cases is $313.00.

On this 4th day of December, 2025, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  The Debtor's *Application* is **GRANTED** and the filing fee shall be paid in installments according to the following schedule:

| | |
|---|---|
| $113.00 | November 25, 2025 |
| $100.00 | December 18, 2025 |
| $100.00 | January 2, 2026 |
| | |
| $   313.00   | **Total Filing Fee** |

(2)  Unless otherwise excused by prior Court Order, failure to timely make payment of any one of the above referenced installment payments will result in the Court *immediately* dismissing the case without further notice or hearing. *See W.Pa.LBR 1006-1*.

(3)  Until the filing fee is paid in full, the Debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case. Accordingly, no disbursements shall be made by the chapter 13 trustee (including the escrow of any anticipated trustee commissions) until the filing fee has been paid in full. Prior to making any disbursement of funds received from Debtor, the trustee shall first verify that the filing fee has been paid in full.

(4)  If, at any time, the chapter 13 trustee determines that the filing fee has not been paid in full, the trustee is authorized and directed to immediately pay the remaining balance of the filing fee from funds paid to her by Debtor regardless of whether a plan is confirmed and before payment to any other creditors.

   (5) No plan shall be confirmed until the entire filing fee is paid in full.

   (6) The authorization to pay the filing fee in installments is conditioned upon Debtor's acknowledgement that, in the event of dismissal or conversion, any funds held by the trustee will be applied to the filing fee balance remaining due at the time regardless of whether Debtor may otherwise be entitled to return of the funds held by the trustee. Any objection by the Debtor to this condition *shall be filed within 7 days of entry of this Order* so that a hearing may be *immediately* scheduled to address the Debtor's Application. Debtor will be required to attend any such hearing *in person*.

Date: December 4, 2025

                    */s/ Carlota M. Böhm* dmr
                    Carlota M. Bohm, Judge
                    United States Bankruptcy Court

<u>Case Administrator to Mail to:</u>
Debtor
Ronda J. Winnecour, Esq.

         FILED
         12/4/25 9:07 am
         CLERK
         U.S. BANKRUPTCY
         COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23208-CMB |
| Gina Marie Hudec | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　User: auto　　　　　　　　　　Page 1 of 1
Date Rcvd: Dec 04, 2025　　　　　　　Form ID: pdf900　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gina Marie Hudec, 232 Carnegie Blvd., Pittsburgh, PA 15208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com<br>btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 3