FILED
12/9/2025 1:21 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Attention:** Motion for extension of filing

*December 9, 2025*
*Case number 25-23208*
*Gina Marie Hudec*

*This is a request for Extending the Filing to obtain attorney and get documents in order.*

*Thank you for your time.*

*Sincerely*

*Gina Marie Hudec*