

Attention: Motion for extension of filing

December 9, 2025
Case number 25-23208
Gina Marie Hudec

This is a request for Extending the Filing to obtain attorney and get documents in order.

Thank you for your time.

Sincerely

Gina Marie Hudec

*[signature]*    Dec 9, 2025