**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Gina Marie Hudec |
|---|---|
| CASE NO. | 25-23208-CMB |
| RELATED TO DOCUMENT NO. | #18 Motion to Extend Time |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The **Motion to Extend Time** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE MOTION MUST BE REFILED BEING SURE TO CORRECT THE FOLLOWING:

 1) ANY MOTION MUST CONTAIN A FULL CASE CAPTION BEING SURE TO NAME THE DEBTOR, MOVANT, AND ANY RESPONDENTS IN ACCORADNCE WITH W.PA.LBR 9004-1.

 2) ANY MOTION THAT IS FILED MUST BE ACCOMPANIED BY A PROPOSED ORDER IN ACCORDANCE WITH W.PA.LBR9013-4. PLEASE BE SURE TO INCLUDE A FULL CASE CAPTION ON THE PROPOSED ORDER.

3) ELECTRONICALLY FILED DOCUMENTS MUST COMPLY WITH W.PA.LBR 5005-6(B) AND CONTAIN AN ELECTRONIC SIGNATURE PRECEEDED BY /S/.
You must refile motion within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the Motion to Extend Time that is being filed in response to this Notice.**

| December 10, 2025 | By: | /s/Katie Doyle |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23208-CMB |
| Gina Marie Hudec | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

**Recip ID       Recipient Name and Address**
db              + Gina Marie Hudec, 232 Carnegie Blvd., Pittsburgh, PA 15208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

**Name**                **Email Address**

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew Fissel
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 4