**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Gina Marie Hudec |
|---|---|
| CASE NO. | 25-23208-CMB |
| RELATED TO DOCUMENT NO. | 26 & 27 |

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The Motion to Extend Time & The Motion to Reconsider Dismissal that you submitted has been accepted for filing.  However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Motion to Extend Time & The Motion to Reconsider Dismissal need to be refiled correcting the following:
1. All motions require a complete caption naming a debtor movant and respondent. please ensure the caption is complete and a debtor movant and respondent is listed.
2. In accordance with W.PA.LBR 5005-6 a complete signature is required including name, address, telephone number, e-mail address. It appears the address portion was left incomplete on the signature line only listing a street name. When refiling please ensure the address on the signature line is corrected being sure to list the entire address.

You must file The Motion to Extend Time & The Motion to Reconsider Dismissal within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the Motion to Extend Time & the Motion to Reconsider Dismissal that is filed in response to this Notice.**

| January 20, 2026 | By: | Katie Doyle |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 25-23208-CMB
Gina Marie Hudec                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                      Page 1 of 1
Date Rcvd: Jan 20, 2026                   Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina Marie Hudec, 232 Carriage Blvd., Pittsburgh, PA 15239-3601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5