IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-23208-CMB |
| Gina Marie Hudec | : | |
| aka Gina Marie Vaccarello, | : | Chapter 13 |
| Debtor, | : | |
| | : | Document No. |
| Gina Marie Hudec | : | |
| aka Gina Marie Vaccarello, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

### NOTICE OF APPEARANCE

AND NOW, comes the undersigned, Dennis J. Spyra, Esq., at the request of Debtor, Gina Marie Hudec, and files the within Notice of Appearance, and in support thereof, avers and requests as follows:

1. Debtor has requested that the undersigned be approved to represent her in the pending Chapter 13 case.

2. Accordingly, kindly enter the appearance of Dennis J. Spyra, Esq., 1711 Lincoln Way, White Oak, PA 15131 as counsel for the Debtor.

3. Filed herewith is a Motion to Extend Time to file the required documents for this case.

Respectfully submitted,

/s/ Dennis J. Spyra, Esq.
Dennis J. Spyra, Esq.
1711 Lincoln Way
White Oak, PA 15131
Ph: (412) 673-5228
dennis@spyralawoffice.com
PA I.D. # 46188