IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-23208-CMB |
| Gina Marie Hudec | : | |
| aka Gina Marie Vaccarello, | : | Chapter 13 |
|     Debtor, | : | |
| | : | Related to: Document No. 34 |
| Gina Marie Hudec | : | |
| aka Gina Marie Vaccarello, | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**ORDER OF COURT**

AND NOW, this 30th day of January, 2026, upon consideration of the foregoing Motion to Extend Time to File Schedules and Other Documents, it is Ordered, Adjudged, and Decreed that the Motion is hereby GRANTED, and the Debtor is given until February 6, 2026 to file the completed Chapter 13 schedules and other documents.

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
1/30/26 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23208-CMB |
| Gina Marie Hudec | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gina Marie Hudec, 232 Carriage Blvd., Pittsburgh, PA 15239-3601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 01, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dennis J. Spyra | on behalf of Debtor Gina Marie Hudec dennis@spyralawoffice.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jan 30, 2026 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6