IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 25-23208-CMB |
| Gina Marie Hudec, | : | Chapter 13 |
| aka Gina Marie Vaccarello, | : | |
|     Debtor, | : | |
| | : | |
| Gina Marie Hudec, | : | Related to Document No. 1 |
| aka Gina Marie Vaccarello, | : | |
|     Movant, | : | |
|   v. | : | |
| | : | |
| No Respondent. | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Dennis J. Spyra, Esq., counsel for the debtor in the above-captioned case, hereby certify that the below list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

                By:    /s/ Dennis J. Spyra, Esq.
                           Dennis J. Spyra, Esq.
                           1711 Lincoln Way
                           White Oak, PA 15131
                           (412) 673-5228
                           dennis@spyralawoffice.com
                           PA I.D. # 46188

**PAWB Local Form 30 (07/13)**

Emily Deluce, Tax Collector
2000 Mike Thomas Way
Pittsburgh, PA 15239

KML Law Group
P.O. Box 500980
San Diego, CA 92150-0980

PennDOT Driver & Vehicle Services
1101 S. Front Street
Harrisburg, PA 17113

PNC Bank
P.O. Box 5580
Cleveland, OH 44101