IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 25-23208-CMB |
| Gina Marie Hudec ) | Chapter 13 |
| aka Gina Marie Vaccarello, ) | |
| Debtor. ) | |

## AFFIDAVIT OF INCOME

    I, Gina Marie Hudec, certify under penalty of perjury that I receive approximately $5,000.00 per month from employment as a Director at New Visionary.

Dated: February 6, 2026        /s/ Gina Marie Hudec
                                          Gina Marie Hudec

    Penalty for making false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Section 152 and 3571.