IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

25-23208

DEBTOR(S):

GINA MARIE HUDEC

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 8 IN THE AMOUNT OF $2,688.22

CREDITOR'S SIGNATURE:

*/s/ Alexica Marche' Thomason*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/18/2026