**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | BK. 25-23208-CMB |
| Gina Marie Hudec | ) | |
| | ) | |
| | ) | Chapter 13 |
| DEBTOR | ) | |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #15)</u>

Plum Borough ("Municipality") filed a claim on April 9, 2025 in the above-captioned case. The Municipality hereby withdraws this claim as this is a duplicate claim. Such withdrawal shall have no impact on any other proof(s) of claim filed by the Municipality in the above-captioned case.

Respectfully submitted,

KRATZENBERG, LAZZARO, LAWSON & VINCENT

   /s/ Amanda L. Mulheren
Amanda L. Mulheren, Esquire
PA  I.D. No. 314019
546 Wendel Road
Irwin, PA 15642
Telephone (724) 978-0333
Facsimile (724) 978-0339
ymmerdian@keystonecollects.com