Certificate Number: 20611-PAW-DE-040873336

Bankruptcy Case Number: 25-23208



20611-PAW-DE-040873336

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 18, 2026, at 1:14 o'clock PM EDT, Gina Marie Hudec completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 19, 2026

By:   /s/Consuelo V Gerhardt

Name:   Consuelo V Gerhardt

Title:   Financial Educator