IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 25-23208-CMB |
| | : | Chapter 13 |
| Gina Marie Hudec, | : | |
| Debtor, | : | Document No. |
| | : | |
| Gina Marie Hudec, | : | Related to Doc. No. |
| Movant, | : | |
| | : | |
| v. | : | Hearing Date & Time: |
| | : | June 16, 2026 at 11:30 a.m. |
| PNC Bank and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents. | : | |

## <u>CERTIFICATE OF SERVICE OF MOTION TO EMPLOY REAL ESTATE BROKER AND NOTICE OF HEARING AND RESPONSE DEADLINE</u>

I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on May 18, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

Service by First-Class Mail:

Gina Marie Hudec
232 Carriage Blvd
Pittsburgh, PA 15239

Josiah DeLee
RE/MAX Select Realty
1500 Washington Road 1207
Pittsburgh, PA 15227

All parties on the attached mailing matrix.

Service by NEF:

Office of the U.S. Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

EXECUTED ON: <u>May 18, 2026</u>

By:   <u>/s/ Dennis J. Spyra, Esq.</u>
Dennis J. Spyra, Esq.
1711 Lincoln Way
White Oak, PA 15131
(412) 673-5228
dennis@spyralawoffice.com
PA I.D. # 46188

**PAWB Local Form 7 (07/13)**

AAA Insurance CO
2725 Mosside Blvd
Monroeville, PA 15146

Cheswick Court Traffic
721 Gulf Lab Rd
Cheswick, PA 15024

CONSUMER PORTFOLIO SERVICES, INC.
PO BOX 57071
IRVINE, CA 92619 7071

County of Allegheny
c/o GRB Law
Richard A. Monti, Esq.
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219

CPS Car
P.O. Box 57071
Irvine, CA 92619

Duquesne Light
411 Seventh Ave
Pittsburgh, PA 15219

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Emily Deluce, Tax Collector
2000 Mike Thomas Way
Pittsburgh, PA 15239

Greensburg Court Traffic
40 North Pennsylvania
Greensburg, PA 15601

KML Law Group
P.O. Box 500980
San Diego, CA 92150-0980

KML Law Group, P.C.
Matthew Fissel, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

LENDMARK FINANCIAL SERVICES, LLC
2118 Usher Street NW
Covington, GA 30014

LVNV Funding LLC
355 S. Main St
Greenville, SC 29601

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

PA Dept of Transportation
1101 S. Frant St
Harrisburg, PA 17104

PennDOT Driver & Vehicle Services
1101 S. Front Street
Harrisburg, PA 17113

Plum Borough
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Plum Borough School District
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219

Plum Borough School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Plum Borough Tax Office
4575 New Texas Rd
Plum, PA 15239

Plum Water
4555 New Texas RD
Plum, PA 15239

PNC Bank
P.O. Box 5580
Cleveland, OH 44101

PNC BANK, NATIONAL ASSOCIATION
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342

Verizon
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457