IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Gina Marie Hudec, | : | Bankruptcy No. 25-23208-CMB |
| Debtor, | : | Chapter 13 |
| | : | |
| Gina Marie Hudec, | : | Document No. |
| Movant, | : | |
| | : | Related to Doc. Nos. 63, 64 |
| v. | : | |
| | : | Hearing Date & Time: |
| PNC Bank and | : | June 16, 2026 at 11:30 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EMPLOY REAL ESTATE BROKER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion filed on May 18, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 4, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 5, 2026

By: /s/ Dennis J. Spyra, Esq.
Dennis J. Spyra, Esq.
1711 Lincoln Way
White Oak, PA 15131
Ph: (412) 673-5228
dennis@spyralawoffice.com
PA I.D. # 46188

**PAWB Local Form 25 (07/13)**