IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 25-23208-CMB |
| | : | Chapter 13 |
| Gina Marie Hudec, | : | |
| Debtor, | : | Document No. |
| | : | |
| Gina Marie Hudec, | : | Related to Doc. No. 67 |
| Movant, | : | |
| | : | |
| v. | : | Hearing Date & Time: |
| | : | June 16, 2026 at 11:30 a.m. |
| | : | |
| PNC Bank and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE OF ORDER APPROVING RETENTION OF REALTOR/BROKER

I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on June 10, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

Service by First-Class Mail:

Gina Marie Hudec
232 Carriage Blvd
Pittsburgh, PA 15239

Josiah DeLee
RE/MAX Select Realty
1500 Washington Road 1207
Pittsburgh, PA 15227

All parties on the attached mailing matrix.

Service by NEF:

Office of the U.S. Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

EXECUTED ON:  June 10, 2026

By:    /s/ Dennis J. Spyra, Esq.
Dennis J. Spyra, Esq.
1711 Lincoln Way
White Oak, PA 15131
(412) 673-5228
dennis@spyralawoffice.com
PA I.D. # 46188

**PAWB Local Form 7 (07/13)**

Emily Deluce, Tax Collector
2000 Mike Thomas Way
Pittsburgh, PA 15239

KML Law Group
P.O. Box 500980
San Diego, CA 92150-0980

KML Law Group, P.C.
Matthew Fissel, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

PNC Bank
P.O. Box 5580
Cleveland, OH 44101

PNC Bank, National Association
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342