IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 25-23208-CMB |
| | : | Chapter 13 |
| Gina Marie Hudec, | : | |
| Debtor, | : | |
| | : | Related to:  Document No. 63 |
| Gina Marie Hudec, | : | |
| Movant, | : | **ENTERED BY DEFAULT** |
| | : | |
| v. | : | |
| | : | |
| PNC Bank and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents. | : | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, upon consideration of the Application to Employ Realtor (Motion to Employ Real Estate Broker) (the "Application") filed at Doc. No. (63), it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Application is hereby approved as of the date the Application was filed.

2. RE/MAX Select Realty is hereby appointed as Realtor for Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of the property located at 232 Carriage Blvd., Pittsburgh, PA 15239. A realtor commission in the amount of 3%__ on the sale price is tentatively approved, subject to a final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in

similar cases.

4.   The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on the application of the above criteria.

5.   Applicant shall serve the within Order on all interested parties and file a certificate of service.

BY THE COURT:

Date:  June 10, 2026

Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
6/10/26 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 25-23208-CMB

Gina Marie Hudec                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gina Marie Hudec, 232 Carriage Blvd., Pittsburgh, PA 15239-3601 |
| r | + Re/Max Select Realty, 1500 Washington Rd 1207, Pittsburgh, PA 15228-1651 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dennis J. Spyra | on behalf of Debtor Gina Marie Hudec dennis@spyralawoffice.com |
| Jeffrey Hunt | on behalf of Creditor Plum Borough School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                           User: auto                                        Page 2 of 2
Date Rcvd: Jun 10, 2026                        Form ID: pdf900                                   Total Noticed: 2

Richard Monti
                     on behalf of Creditor County of Allegheny rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour
                     cmecf@chapter13trusteewdpa.com


TOTAL: 8